# UNITED STATES DISTRICT COURT
## for the
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) ) |
| JOSE L. CONTRERAS, | ) ) Case No.   6:25-MJ-00030-HBK |

## ORDER SETTING CONDITIONS OF RELEASE
### (Misdemeanor)

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release and notify the court within 48 hours if defendant is arrested and/or convicted of any violation of federal, state or local law;

(2) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose;

(3) The defendant shall abstain from the excessive use of alcohol and/or controlled substances unless in possession of a valid prescription given by a licensed medical doctor, medical marijuana is never authorized in federal court even if accompanied by a prescription; not to have any contact with AV1.

(4) The defendant shall notify the Court and defendant's counsel of any change of address; report to the USM Office in Fresno for processing by no later than 8/15/2025 before 4:00 PM.

(5) The defendant must appear at:   U.S. District Court, 9004 Castle Cliff Court, Yosemite, CA
                                                                              *Place*

Before Magistrate Judge Helena Barch-Kuchta
on                                          9/16/2025 at 10:00 AM
                                                *Date and Time*

I, the defendant, have received this order of release and have either read all the conditions of release set by the court or had them explained to me. I agree to stay in close contact with my counsel and to apprise my counsel of any change in my conditions and/or contact information. Finally, I agree and understand to all these conditions and understand that a violation of any of these conditions can result in a warrant for my arrest and subsequent detention.

Date: 8/8/2025

*Defendant's signature*

Date: 8/8/2025

*Judicial Officer's Signature*

Helena Barch-Kuchta, United States Magistrate Judge
*Printed name and title*