UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOSE LUIS CONTRERAS,<br><br>    Defendant. | Case No. 6-25-mj-00030-HBK<br><br>ORDER GRANTING PROTECTIVE ORDER<br><br>(Doc. No. 7) |

    Pending before the Court is the parties' stipulated motion for a protective order filed August 29, 2025. (Doc. No. 7). Pursuant to Rule 16(d), Fed. R. Crim. P.,[1] the parties seek a protective order of certain discovery material. (*Id*.). Specifically, the parties seek a protective order limited to "sensitive information related to the victim" that will be marked with the bates stamp "protected." (*Id*. at 1-2). The proposed protective order details procedures to be followed to safeguard the handling of this sensitive information. (*Id*. at 2, ¶¶ 2-7).

    As noted by the Ninth Circuit, "[t]he Rules Advisory Committee specifically designed

---

[1] Federal Rule of Criminal Procedure 16(d) provides:

> At any time the court may, for good cause, deny, restrict, or defer discovery or inspection, or grant other appropriate relief. The court may permit a party to show good cause by a written statement that the court will inspect ex parte. If relief is granted, the court must preserve the entire text of the party's statement under seal.

1 | Rule 16(d)(1) to provide a mechanism to protect witness safety, and to grant considerable
2 | discretion to the district court in drafting orders under that rule." *United States v. Fort,* 472 F.3d
3 | 1106, 1131 (9th Cir. 2007) (citing Fed. R. Crim. P. 16 advisory committee's note, 1974
4 | Amendment).  The Court finds good cause to enter the stipulated protective order pursuant to Fed.
5 | R. Crim. P. 16(d) and Local Rule 141.1(b)(1).

      Accordingly, it is hereby ORDERED:

      The stipulated motion for a protective order (Doc. No. 7) is GRANTED.  The parties shall comply with the terms of the proposed protective order as specified therein.

Dated:    September 3, 2025

*[signature]*
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2